IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LLOYD FRANCIS, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 24-CV-0914 |
| | : | |
| AMBER TIFFANY SMITH, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 14th day of May, 2024, upon consideration of Plaintiff Lloyd Francis's Motions to Reconsider the denial of his request to proceed *in forma pauperis* (ECF Nos. 5, 6), and his *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. The Motions to Reconsider (ECF Nos. 5, 6) are **GRANTED**.

2. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

3. The Complaint is **DEEMED** filed.

4. The Clerk of Court is **DIRECTED** to restrict the Complaint (ECF No. 2) to Case Participants View Only because it contains the names of minor children. Going forward, Francis should not include the names of any minor children in his filings and should refer to any minor children, if necessary, by initials only. *See* Fed. R. Civ. P. 5.2(a).

5. The Complaint is **DISMISSED** for the reasons in the Court's Memorandum as follows:

    a. Francis's federal claims are **DISMISSED WITH PREJUDICE**; and

    b. Francis's state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

2

6.  The Clerk of Court shall **CLOSE** this case.

              **BY THE COURT:**

              /s/  **Harvey Bartle III**
                           **J.**